IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY,

       Defendants.

_____

## WARRANT FOR ARREST OF PERSONAL PROPERTY *IN REM*
_____

TO:  UNITED STATES TREASURY AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the Order for Warrant for Arrest of Personal Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant personal property described as follows:

    a.    $251,805.00 in United States Currency;

    b.    $450,060.00 in United States Currency;

    c.    $450,000.00 in United States Currency;

    d.    $50,000.00 in United States Currency;

    e.    $50,000.00 in United States Currency;

  f.  One Silver Bar and 13 Miscellaneous Coins;

  g.  $68,690.00 in United States Currency;

  h.  $8,372.00 in United States Currency;

and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

  PROMPTLY TO make your return of this Warrant with the Court.

  DONE at Denver, Colorado, this ___ day of _____, 2011.


          GREGORY C. LANGHAM
          Clerk of the United States District Court


          By: _____
            Deputy Clerk