IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY,

        Defendants.

_____

## APPLICATION FOR WRIT OF ENTRY
_____

On May 9, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* for forfeiture of the defendant properties, including:

    a.    1401 East Virginia Avenue, Denver, Colorado, which is more fully described as:

        PLOT D BEING W 38 ½ FT OF E 300.00 FT OF S 100 FEET OF B10
        LAKEVIEW, COUNTY OF DENVER, STATE OF COLORADO,

    b.    57 Lake Ridge Circle #1844, Keystone, Colorado, which is more fully described as:

        CONDOMINIUM UNIT 1844, THE SEASONS AT KEYSTONE,
        ACCORDING TO THE CONDOMINIUM MAP THEREOF FILED
        JANUARY 17, 2003 AT RECEPTION NO. 708301 AND ACCORDING
        TO THE CONDOMINIUM DECLARATION RECORDED JANUARY
        17, 2003 AT RECEPTION NO. 708298, COUNTY OF SUMMIT,
        STATE OF COLORADO;

Based upon the Verified Complaint, the United States respectfully moves this Court for a finding of probable cause and a Writ of Entry for the defendant real properties.

The United States does not request authority from the Court to seize the defendant real properties at this time.  The United States will, as provided by 18 U.S.C. §§ 985(b)(1) and (c)(1), and Supplemental Rule for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions G(4):

1) post notice of the Complaint in a conspicuous place on defendant real properties;

2) serve notice of this action on the owner(s) of the defendant real properties along with a copy of the Verified Complaint;

3) execute a Writ of Entry for the purpose of conducting an inspection and inventory of the property; and

4) record a *notice of lis pendens* in the county records of the defendant real properties' status as defendants in this civil *in rem* forfeiture action.

5) The United States will also, as provided in 19 U.S.C. § 1606, appraise the defendant real properties.

Title 18, United States Code, Section 985(c)(3) provides that, because the United States will post notice of the Complaint on the defendant real properties, it is not necessary for the Court to issue a Warrant for Arrest of Property *In Rem*, or to take any other action to establish *in rem* jurisdiction over the defendant real properties.  Title 18, United States Code, Section 985(b)(2) clearly states that "the filing of a *lis pendens* and the execution of a writ of entry for the purpose of conducting an inspection and inventory of the property shall not be considered a seizure under this subsection."

Therefore, the United States requests under 18 U.S.C. § 983(j), and under 18 U.S.C. § 985(b)(2) and Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4), that the Court issue the proposed Writ of Entry filed herewith authorizing the United States Treasury or its designee, to enter the defendant real properties, including any structures, on one or more occasions during the pendency of this civil *in rem* forfeiture action:

1) for the purpose of conducting an inspection, inventory, and appraisal of the defendant real properties, which inspection, inventory, and appraisal may include still and video photography; and

2) to be accompanied on any such occasion by any appraiser(s) selected by it to appraise the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606; and

3) to be accompanied on any such occasion by any government or contract personnel selected by it for the purpose of conducting an inventory of the defendant real properties; and

4) to be accompanied on any such occasion by an federal, state, and local law enforcement officers selected by it to ensure the safety of any person acting under the Writ of Entry.

DATED this ____ day of _____, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Tonya S. Andrews*
    TONYA S. ANDREWS
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: Tonya.Andrews@usdoj.gov

By: s/M*artha A. Paluch*
 MARTHA A. PALUCH
 Assistant United States Attorney
 1225 17th Street, Suite 700
 Denver, Colorado 80202
 Telephone: (303) 454-0100
 FAX: (303) 454-0402
 E-mail: Martha.Paluch@usdoj.gov
 Counsel for Plaintiff