IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.                                                                                      **FILED UNDER SEAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CERTAIN DEFENDANT ASSETS,

        Defendants.

_____

**MOTION TO SEAL UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS**

_____

      THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby moves to seal the UNITED STATES' COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS in the above-captioned case, except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Colorado.

      1.    Said Verified Complaint For Forfeiture <u>In Rem</u> and all related documents have been filed as part of a continuing investigation.

      2.    Disclosure of these documents at this time would compromise an ongoing investigation into criminal violations by the owner of defendant property.

WHEREFORE, it is respectfully requested that the COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS be sealed until further order of the Court.

Dated this 9th day of May, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/ *Tonya S. Andrews*
TONYA S. ANDREWS
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Tonya.Andrews@usdoj.gov
Attorney for Plaintiff


By: s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
Counsel for Plaintiff