IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **FILED UNDER SEAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CERTAIN DEFENDANT ASSETS,

        Defendants.

___

**ORDER SEALING UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS**

___

Upon Motion by the United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorneys Tonya S. Andrews and Martha A. Paluch, for an order sealing the United States' COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS and full consideration having been given to the matters set forth therein, the Court finds:

    THAT the United States is seeking forfeiture of defendant Property.

    THAT there is an ongoing investigation into possible criminal violations by the owner of defendant Property.

THAT disclosure of the United States' Verified Complaint and related documents would compromise and jeopardize the continuation and successful completion of the investigation, and potentially give the owner of defendant Property an opportunity to dispose of the property in an attempt to avoid forfeiture.

THEREFORE, IT IS HEREBY ORDERED that the United States' COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS be SEALED except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Colorado until further order of the Court.

DATED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO

2