INDEX AS: Dinner, Daniel and Matarazzo, Ginger, Grantors, and United States of America, Grantee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

## NOTICE OF LIS PENDENS

<u>NAME OF PURPORTED RECORD TITLE OWNERS</u>: Daniel Dinner and Ginger Matarazzo

PLEASE TAKE NOTICE that the United States of America, as plaintiff, filed an Amended Verified Complaint for Forfeiture against the below-described real property, in which the United States seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. § 981, forfeiting to the United States all right, title, and interest in and to the below-described real property:

**1401 East Virginia Avenue, Denver, Colorado**, which is more fully described as:

PLOT D BEING W 38 ½ FT OF E 300.00 FT OF S 100 FEET OF B10
LAKEVIEW, COUNTY OF DENVER, STATE OF COLORADO.

DATED this 9th day of May, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Tonya S. Andrews*
    TONYA S. ANDREWS
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: Tonya.Andrews@usdoj.gov
    Attorney for Plaintiff

By: s/M*artha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: Martha.Paluch@usdoj.gov
    Attorney for Plaintiff