IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **11-CV-1232** PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## WARRANT FOR ARREST OF PERSONAL PROPERTY *IN REM*

---

TO: UNITED STATES TREASURY AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Order for Warrant for Arrest of Personal Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant personal property described as follows:

    a.    $251,805.00 in United States Currency;

    b.    $450,060.00 in United States Currency;

    c.    $450,000.00 in United States Currency;

    d.    $50,000.00 in United States Currency;

    e.    $50,000.00 in United States Currency;

  f.  One Silver Bar and 13 Miscellaneous Coins;

  g.  $68,690.00 in United States Currency;

  h.  $8,372.00 in United States Currency;

and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

  PROMPTLY TO make your return of this Warrant with the Court.

  DONE at Denver, Colorado, this 11th day of May, 2011.

            GREGORY C. LANGHAM  
            Clerk of the United States District Court

            By: _____  
            Deputy Clerk