IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

ORDER SEALING UNITED STATES' VERIFIED COMPLAINT
FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL
PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL
PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY,
NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER
AND ALL RELATED DOCUMENTS
[FILED UNDER SEAL]

Upon Motion by the United States of America (Doc. # 3), by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorneys Tonya S. Andrews and Martha A. Paluch, for an order sealing the United States' COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT

OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS and full consideration having been given to the matters set forth therein, the Court finds:

THAT the United States is seeking forfeiture of Defendant Property;

THAT there is an ongoing investigation into possible criminal violations by the owner of defendant Property; and

THAT disclosure of the United States' Verified Complaint and related documents would compromise and jeopardize the continuation and successful completion of the investigation, and potentially give the owner of defendant Property an opportunity to dispose of the property in an attempt to avoid forfeiture.

THEREFORE, IT IS HEREBY ORDERED that the United States' COMPLAINT FOR FORFEITURE *IN REM*, WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, ORDER FOR WARRANT OF ARREST OF PERSONAL PROPERTY *IN REM*, APPLICATION FOR WRIT OF ENTRY, WRIT OF ENTRY, NOTICES OF LIS PENDENS, THIS MOTION, AND RESULTING ORDER AND ALL RELATED DOCUMENTS be SEALED except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Colorado until further order of the Court.

DATED:  May   17  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge