IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

## WRIT OF ENTRY

TO: UNITED STATES TREASURY OR ITS REPRESENTATIVE - GREETINGS:

Based upon the Verified Complaint for Forfeiture *In Rem* filed herein against the following Defendant real properties, and the United States' Application for Writ of Entry:

    a.    1401 East Virginia Avenue, Denver, Colorado, which is more fully

    described as:

    PLOT D BEING W 38 ½ FT OF E 300.00 FT OF S 100 FEET OF
    B10LAKEVIEW, COUNTY OF DENVER, STATE OF COLORADO,

  b. 57 Lake Ridge Circle #1844, Keystone, Colorado, which is more fully described as:

CONDOMINIUM UNIT 1844, THE SEASONS AT KEYSTONE, ACCORDING TO THE CONDOMINIUM MAP THEREOF FILED JANUARY 17, 2003 AT RECEPTION NO. 708301 AND ACCORDING TO THE CONDOMINIUM DECLARATION RECORDED JANUARY 17, 2003 AT RECEPTION NO. 708298, COUNTY OF SUMMIT, STATE OF COLORADO; and

 The Court being satisfied that it has jurisdiction over the defendant properties, and that there is probable cause to believe the defendant real properties is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981; and

 The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real properties including any structures, for the purpose of conducting an inspection and inventory of the properties and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

 The United States having not requested authority to seize the defendant real properties at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real properties and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the United States Marshals Service or its designee, is hereby authorized to:

1. enter the defendant real properties, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real properties, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real properties; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real properties, which inspection and inventory may include, among other means, still and video photography; and

4. be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as

a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

DONE at Denver, Colorado, this   17th   day of May, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

4