IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

  Defendants.

_____

**MOTION TO UNSEAL CASE AND ALL RELATED DOCUMENTS**
_____

  THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the above-captioned case.

  As grounds therefor, Plaintiff states that the documents were sealed until further order of the Court. The case was sealed due to an underlying criminal investigation which has now been completed; thus, it is no longer necessary for these documents to remain sealed.

  WHEREFORE, the United States respectfully requests that this case, and all documents related thereto, be unsealed.

1

DATED this 19th day of July, 2011.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

      By: s/ *Tonya S. Andrews*
                Tonya S. Andrews
                Assistant United States Attorney
                1225 Seventeenth Street, Ste. 700
                Denver, Colorado 80202
                Telephone (303) 454-0100
                FAX: (303) 454-0402
                E-mail: tonya.andrews@usdoj.gov
                Attorney for Plaintiff