IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

       Defendants.

## ORDER UNSEALING CASE AND ALL RELATED DOCUMENTS

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the above-captioned case, and all documents related thereto, are unsealed.

DATED this ___ day of _____, 2011.

                                                         _____
                                                         CHRISTINE M. ARGUELLO
                                                         U.S. District Court Judge