**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

        Defendants.

### ORDER UNSEALING CASE AND ALL RELATED DOCUMENTS

This matter is before the Court on the United States' Motion To Unseal Case and All Related Documents (Doc. # 12).  Upon review of the Motion, and for good cause shown, it is hereby

ORDERED that the above-captioned case, and all documents related thereto, are UNSEALED.

DATED:  July  20 , 2011

        BY THE COURT:

        *Christine M Arguello*

        CHRISTINE M. ARGUELLO
        United States District Judge