IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,959.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$77,757.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
$1,244.67.00 IN UNITED STATES CURRENCY, and
ONE SILVER BAR AND MISCELLANEOUS COINS,

  Defendants.

## NOTICE OF COMPLAINT FOR FORFEITURE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and states:

THAT on May 9, 2011, the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 981 for forfeiture of the following defendants:

  a. 1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
  b. 57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
  c. $251,959.00 IN UNITED STATES CURRENCY,
  d. $450,060.00 IN UNITED STATES CURRENCY,
  e. $77,757.00 IN UNITED STATES CURRENCY,
  f. $450,000.00 IN UNITED STATES CURRENCY,
  g. $50,000.00 IN UNITED STATES CURRENCY,
  h. $1,244.67.00 IN UNITED STATES CURRENCY, and
  i. ONE SILVER BAR AND MISCELLANEOUS COINS.

1

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule G"), and the Federal Rules of Civil Procedure.

THAT any persons claiming or asserting an interest in the above-described property must file their Claim pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at 901 19th Street, Denver, Colorado, 80294, **thirty-five (35)** days after receipt of this Notice.

THAT pursuant to Supplemental Rule G(5), any Claim filed must: (1) identify the specific property claimed; (2) identify the claimant and state the claimant's interest in that specific property; and (3) be signed by the claimant under penalty of perjury.  If you file a Claim, an Answer to the Complaint must be filed with the Clerk of the United States District Court within **twenty-one (21)** days after filing the Claim.  Copies of these documents must be provided to the Assistant United States Attorney [AUSA], at 1225 17th Street, Suite 700, Denver, Colorado, 80202.

THAT in accordance with 18 U.S.C. § 985(c)(1)(B), this Notice shall be posted on the defendant real properties and served on the property owners, along with a copy of the Verified Complaint for Forfeiture *In Rem*.

THAT unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 of the Federal Rules of Civil Procedure will be noted and forfeiture will be sought of the defendant property.  You may wish to seek legal advice to protect your interests.

DATED this 7th day of September, 2011.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ *Tonya S. Andrews*
>Tonya S. Andrews
>Assistant United States Attorney
>1225 Seventeenth Street, Ste. 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0402
>E-mail: tonya.andrews@usdoj.gov
>*Attorney for Plaintiff*