IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,959.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$77,757.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
$1,244.67.00 IN UNITED STATES CURRENCY, and
ONE SILVER BAR AND MISCELLANEOUS COINS,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2011, true copies of the VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICE OF COMPLAINT FOR FORFEITURE, NOTICES OF LIS PENDENS, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Daniel Dinner
1401 East Virginia Avenue
Denver, Colorado  80209

Daniel Dinner
57 Lake Ridge Circle
Dillon, Colorado  80435

1

Daniel Dinner
8082 West Chenango Place
Denver, Colorado  80209

Ginger Matarazzo
1401 East Virginia Avenue
Denver, Colorado

Ginger Matarazzo
8082 West Chenango Place
Denver, Colorado  80209

Michael Elick
10682 Black Horn Drive
Parker, Colorado

William Taylor, Esq.
303 16th Street, Suite 200
Denver, Colorado  80202

John Tatum, Esq.
12351 East Cornell Avenue
Aurora, Colorado  80014

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney

2