IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,959.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$77,757.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
$1,244.67.00 IN UNITED STATES CURRENCY, and
ONE SILVER BAR AND MISCELLANEOUS COINS,

       Defendants.

---

**CERTIFICATE OF SERVICE - LIENHOLDERS**

---

I hereby certify that on this 7th day of September, 2011, true copies of the NOTICE TO LIENHOLDER OF EXPEDITED SETTLEMENT PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICE OF COMPLAINT FOR FORFEITURE, NOTICES OF LIS PENDENS, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested, to:

Ferguson Enterprises, Inc.
17655 East 25th Drive
Aurora, Colorado  80011

1

2

GMAC Mortgage Corporation
P.O. Box 780
Waterloo, Iowa  50702

Mortgage Electronic Registration Systems, Inc.
P.O. Box 2026
Flint, Michigan  48501

           s/ *Raisa V. Pitman*
           FSA Data Analyst
           Office of the U.S. Attorney