IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,959.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$77,757.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
$1,244.67.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND MISCELLANEOUS COINS,

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 8th day of September, 2011, true copies of the VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICE OF COMPLAINT FOR FORFEITURE, NOTICES OF LIS PENDENS, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Michael Elick
16802 East Black Horn Drive
Parker, Colorado  80134

                                            s/ Raisa V. Pitman
                                            FSA Data Analyst
                                            Office of the U.S. Attorney