## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST  VIRGINIA AVENUE, DENVER, COLORADO
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATED CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY

    Defendants.

---

## NOTICE OF CLAIM, AND CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY

---

Ridley, McGreevy & Winocur P.C., by William L. Taylor, pursuant to Rule G(5) of SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS TO THE FEDERAL RULES OF CIVIL PROCEDURE, on behalf of Claimant Daniel Dinner hereby notifies the Court and Plaintiff, United States of America of his claim in, and files herewith his Claim to the defendant property that is subject of the Verified Complain for Forfeiture *In Rem* filed in this action by the United States, and in connection therewith, states as follows:

    1.   The Attorney for the Government recites in her papers that the Verified Complaint and related documents were mailed, including by certified mail on September 7th, 2011.

2. Claimant Daniel Dinner received the complaint and related papers not earlier than September 9th, 2011.

3. The Attorney for the Government set 35 days as the period in which claimants to defendant property were to file their claims with the Court.

4. Daniel Dinner's Claim to defendant property, attached hereto, is thus timely filed.

5. Claimant Daniel Dinner hereby claims a 100% interest in all of the defendant property, except for a $15,000.00 interest in defendant property 1401 East Virginia Avenue, Denver, CO, that belongs to Ginger Dinner, as set forth in his Claim attached hereto as Exhibit A.

Date:  October 14, 2011

Respectfully submitted.

 /s/ *William L. Taylor*
William L. Taylor, #21098
Attorney for Claimant Daniel Dinner
RIDLEY, MCGREEVY & WINOCUR P.C.
303 16th Street, Suite 200
Denver, CO  80202
Telephone:  (303) 629-9700
Fax:  (303) 629-9702
Email:  wltaylorpc@gmail.com;
taylor@ridleylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of October, 2011, I served a true and correct copy of the foregoing **NOTICE OF CLAIM, AND CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY** via CM/ECF filing to all parties listed therein including:

Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0402
E-mail:  Tonya.andrews@usdoj.gov
Attorney for Plaintiff

Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0402
E-mail:  Martha.paluch@usdoj.gov
Attorney for Plaintiff

      /s/ *Suzy M. Kamps*
      Suzy M. Kamps