# EXHIBIT A

**ATTACHMENT A**
**Civil Action No.   11-cv-01232-CMA-MEH**

CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY

1.  Claimant Daniel Dinner hereby claims a 100% interest in the following defendant property:

    a.  57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
    b.  $251,805.00 IN UNITED STATES CURRENCY,
    c.  $450,060.00 IN UNITED STATED CURRENCY,
    d.  $450,000.00 IN UNITED STATES CURRENCY,
    e.  $50,000.00 IN UNITED STATES CURRENCY,
    f.  ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
    g.  $68,690.00 IN UNITED STATES CURRENCY,
    h.  $8,372.00 IN UNITED STATES CURRENCY

2.  Claimant Daniel Dinner hereby claims an interest in all but $15,000.00 of the value of the defendant property 1401 East Virginia Avenue, Denver, Colorado.

**Signature Page**

I, Dan Dinner, hereby swear and affirm under pains and penalties of perjury that the foregoing claim to property and/or assets to be filed in Civil Action No. 11-cv-01232-CMA-MEH is true and correct.

Dan Dinner

October 14, 2011

Notary Public    my commission expires 12/5/14