**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATED CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY

       Defendants.
_____

**NOTICE OF CLAIM, AND CLAIM OF GINGER DINNER TO DEFENDANT PROPERTY**

_____

    Mitchell Baker, pursuant to Rule G(5) of SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS TO THE FEDERAL RULES OF CIVIL PROCEDURE, on behalf of Claimant Ginger Dinner hereby notifies the Court and Plaintiff, United States of America of his claim in, and files herewith his Claim to the defendant property that is subject of the Verified Complain for Forfeiture *In Rem* filed in this action by the United States, and in connection therewith, states as follows:

    1.  The Attorney for the Government recites in her papers that the Verified Complaint and related documents were mailed, including by certified mail on September 7th, 2011.

2. Claimant Ginger Dinner received the complaint and related papers not earlier than September 9th, 2011.

3. The Attorney for the Government set 35 days as the period in which claimants to defendant property were to file their claims with the Court.

4. Ginger Dinner's Claim to defendant property, attached hereto, is thus timely filed.

5. Claimant Ginger Dinner hereby claims a $15,000.00 interest in defendant property 1401 East Virginia Avenue, Denver, CO, that belongs to Ginger Dinner, as set forth in his Claim attached hereto as Exhibit A.

Dated October 14, 2011

                                                      Respectfully submitted,

                                                     <u>s/Mitchell Baker</u>

                                                     Mitchell Baker
Attorney for Defendant Ginger Dinner
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 592-7353
mitchbaker@estreet.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>14th</u> day of October, 2011, I served a true and correct copy of the foregoing **NOTICE OF CLAIM, AND CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY** via CM/ECF filing to all parties listed therein including:

Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202

Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Tonya.andrews@usdoj.gov
Attorney for Plaintiff

Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.paluch@usdoj.gov
Attorney for Plaintiff

                                                  Mitchell Baker