# ATTACHMENT A

ATTACHMENT A
Civil Action No.   11-cv-01232-CMA-MEH

CLAIM OF GINGER DINNER TO DEFENDANT PROPERTY

Claimant Ginger Dinner hereby claims a $15,000.00 interest in the value of the defendant property 1401 E Virginia Ave, Denver, CO.

## Signature Page

I, Ginger Dinner, hereby swear and affirm under pains and penalties of perjury that the foregoing claim to property and/or assets to be filed in Civil Action No. 11-cv-01232-CMA-MEH is true and correct.

_____
Ginger Dinner

_____
October 14, 2011

_____
Notary Public

my commission expires
12/5/14