IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATED CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY

Defendants.

---

### NOTICE OF CLAIM, AND CLAIM OF SHELLY LYNN ELICK TO DEFENDANT PROPERTY

---

Claimant Shelly Lynn Elick ("Elick"), by and through her attorney, Karl J. Geil, pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims to the Federal Rules of Civil Procedure, hereby states that Elick has and files herewith a claim to certain of the defendant property which is the subject of the Government's Verified Complaint for Forfeiture *In Rem* in this action and in connection therewith states as follows:

1. Assistant United States Attorney Martha A. Paluch has agreed that Elick may have until October 31, 2011 within which to file her claim in this matter.

2. Elick's claim, attached hereto, is therefore timely.

3. Elick claims an interest in certain property removed from a safe located at 16802 East Black Horn Drive, Parker, Colorado 80134. Specifically, Elick makes a claim to the following property referenced in paragraph 64 of the Verified Complaint in this matter:

   a. $2,500.00 cash in various envelopes within a cardboard box contained within a banker bag, and

   b. $1,820.00 cash contained in a white envelope.

4. Elick resides at 16802 East Black Horn Drive, Parker, Colorado 80134 and operates a business, First Rate Professional Housekeeping Services, a Colorado limited liability company, from that same address.

5. Some of the clients of First Rate Professional Housekeeping Services pay in cash. Some of that cash is deposited in the bank, but some is kept, in cash, in the safe located at 16802 East Black Horn Drive, Parker, Colorado 80134.

6. The $2,500.00 cash in various envelopes within a cardboard box contained within a banker bag, and the $1,820.00 cash contained in a white envelope were cash receipts from the business of First Rate Professional Housekeeping Services and were kept separate from the cash which was related to the activities of Elick's husband, Michael Elick.

7. As the property noted above are the cash receipts of Elick's legitimate business and are not related to a criminal enterprise, she is asking for the return of that property to her.

**WHEREFORE**, Claimant Shelly Lynn Elick respectfully requests that $4,320.00 of the Defendant cash seized from 16802 East Black Horn Drive, Parker, Colorado 80134 be returned to her.

### VERIFICATION

I, Shelly Lynn Elick, being of lawful age and first duly sworn upon my oath, depose and state, under penalty of perjury, that the statements contained in the foregoing Notice of Claim, and Claim of Shelly Lynn Elick to Defendant Property are true and correct to the best of my knowledge, information, and belief.

_____
Shelly Lynn Elick

STATE OF COLORADO   )
                    )ss.
COUNTY OF Arapahoe  )

**SUBSCRIBED AND SWORN** under oath before me this October 25, 2011 by Shelly Lynn Elick.

My Commission Expires: 7-27-2013

_____
Notary Public

Respectfully submitted,

KARL J. GEIL, P.C.

_____
Karl J. Geil
621 17th Street, Suite 2655
Denver, Colorado 80293
Telephone: (303) 295-6261
Facsimile: (303) 298-0716
E-mail: karl_geil@prodigy.net
Attorney for Claimant Shelly Lynn Elick

3

## CERTIFICATE OF SERVICE

I hereby certify that on __October 25, 2011__, I electronically filed the foregoing Notice of Claim, and Claim of Shelly Lynn Elick to Defendant Property with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tonya S. Andrews, Assistant U.S. Attorney, Tonya.andrews@usdoj.gov
Martha A. Paluch, Assistant U.S. Attorney, Martha.paluch@usdoj.gov
Mitchell Baker, Attorney for Claimant Ginger Dinner, mitchbaker@estreet.com

_[signature]_