IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,
       Plaintiff,
v.
**1401 EAST VIRGINIA AVENUE, DENVER, COLORADO**
**57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,**
**$251,805.00 IN UNITED STATES CURRENCY,**
**$450,060.00 IN UNITED STATED CURRENCY**,
**$450,000.00 IN UNITED STATES CURRENCY,**
**$50,000.00 IN UNITED STATES CURRENCY,**
**ONE SILVER BAR AND 13 MISCELLANEOUS COINS,**
**$68,690.00 IN UNITED STATES CURRENCY,**
**$8,372.00 IN UNITED STATES CURRENCY**

       Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW the undersigned, members of the bar of this Court, hereby enter their appearance as counsel for claimant Daniel Dinner.

DATED at Denver, Colorado this 4th day of November, 2011.

    /s/ *William L. Taylor*
    William L. Taylor, #21098
    Ridley, McGreevy & Winocur P.C.
    303 16th Street, Suite 200
    Denver, CO  80202
    (303) 629-9700

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2011, I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE** via CM/ECF filing addressed to the following:

**Tonya Shotwell Andrews**
U.S. Attorney's Office-Denver
1225 17th Street East
#700
Denver, CO 80202
303-454-0100
303-454-0402 (fax)
Tonya.Andrews@usdoj.gov
  *Attorney for Plaintiff*

**Martha Ann Paluch**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
303-454-0402 (fax)
Martha.Paluch@usdoj.gov
  *Representing Plaintiff*

**Mitchell Baker**
Mitch Baker, Attorney at Law
1543 Champa Street
#400
Denver, CO 80202
303-592-7353
303-571-1001 (fax)
mitchbaker@estreet.com
  *Attorney for Claimant Ginger Dinner*

**Karl J. Geil**
Karl J. Geil, P.C.
621 17th Street
Suite 2655
Denver, CO 80293
303-295-6261
303-298-0716 (fax)
karl_geil@prodigy.net
  *Representing Claimant Shelly Lynn Elick*

　　　　　　　　　　　　　　　　　　　　*s/ Suzy Kamps*