IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   11-cv-01232-CMA-MEH           **FTR – Courtroom A501**
**Date:**   January 6, 2012                           Cathy Coomes, Courtroom Deputy

USA,                                                  Martha Paluch

     Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

     Defendants.

GINGER DINNER,                                        Mitchell Baker
DANIEL DINNER, and                                    William Taylor
SHELLY LYNN ELICK,                                    Karl Geil

     Claimants.

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

**Court in session:**   9:40 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case, settlements reached with certain claimants, and entering a stay of the case.

**ORDERED:**   A Scheduling Conference is set for **January 26, 2012,** at 9:00 a.m.
              Claimant Shelly Lynn Elick is excused from the Scheduling Conference.
              (The parties shall file the proposed Scheduling Order with the Clerk's Office, and

        in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than January 24, 2012**. **The proposed Scheduling Order is also to be submitted in a useable format (<u>i.e., Word or WordPerfect only</u>) by email to Magistrate Judge Hegarty at** *Hegarty_Chambers@cod.uscourts.gov*. **The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Forms section of the Court's website, found at <u>http://www.cod.uscourts.gov/Forms.aspx.</u>** All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.)

Counsel are directed to file a written motion for stay.

**Court in recess:**　　9:56 a.m.　　(Hearing concluded)
Total time in court:　　0:16