## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATED CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY

        Defendants.

---

### AMENDED CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY

---

Ridley, McGreevy & Winocur P.C., by William L. Taylor, pursuant to Rule G(5) of

SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS TO

THE FEDERAL RULES OF CIVIL PROCEDURE, on behalf of Claimant Daniel Dinner hereby

notifies the Court and Plaintiff, United States of America that he is amending his claim in, and

files herewith his Amended Claim to the defendant property that is subject of the Verified

Complain for Forfeiture *In Rem* filed in this action by the United States, and in connection

therewith, states as follows:

1. Daniel Dinner's Amended Claim to defendant property is attached.

2.  Except for a $15,000.00 interest in defendant property 1401 East Virginia Avenue,

Denver, CO, that belongs to Ginger Dinner, as set forth in his Amended Claim attached

hereto as Exhibit A, Claimant Daniel Dinner hereby claims a 100% interest in all of the

following defendant property:

> 1401 EAST  VIRGINIA AVENUE, DENVER, COLORADO
> 57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
> $251,805.00 IN UNITED STATES CURRENCY,
> $450,060.00 IN UNITED STATED CURRENCY,
> $450,000.00 IN UNITED STATES CURRENCY,
> $50,000.00 IN UNITED STATES CURRENCY.

3.  Daniel Dinner disclaims any interest in the following defendant property:

> ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
> $68,690.00 IN UNITED STATES CURRENCY,
> $8,372.00 IN UNITED STATES CURRENCY.

Date:  January 18, 2012

Respectfully submitted.

/s/ *William L. Taylor*
William L. Taylor, #21098
Attorney for Claimant Daniel Dinner
RIDLEY, MCGREEVY & WINOCUR P.C.
303 16th Street, Suite 200
Denver, CO  80202
Telephone:  (303) 629-9700
Fax:  (303) 629-9702
Email:  wltaylorpc@gmail.com;
taylor@ridleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2012, I served a true and correct copy of the foregoing **AMENDED CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY** via CM/ECF filing to all parties listed therein including:

Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Tonya.andrews@usdoj.gov
Attorney for Plaintiff

Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.paluch@usdoj.gov
Attorney for Plaintiff

Mitchell Baker, Esq.
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 592-7353
E-mail: mitchbaker@estreet.com
Attorney for Claimant Ginger Dinner

Karl J. Geil
Attorney at Law
621 17th Street, Suite 2655
Denver, CO 80293
Telephone: (303) 295-6261
E-mail: karl_geil@prodigy.net
Attorney for Claimant Shelly Elick

/s/ *Suzy M. Kamps*
Suzy M. Kamps

**Civil Action No.  11-cv-01232-CMA-MEH**

AMENDED CLAIM OF DANIEL DINNER TO DEFENDANT PROPERTY

1. Claimant Daniel Dinner hereby claims a 100% interest in the following defendant property:
   a. 57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
   b. $251,805.00 IN UNITED STATES CURRENCY,
   c. $450,060.00 IN UNITED STATED CURRENCY,
   d. $450,000.00 IN UNITED STATES CURRENCY,
   e. $50,000.00 IN UNITED STATES CURRENCY,

2. Claimant Daniel Dinner hereby claims an interest in all but $15,000.00 of the value of the defendant property 1401 East Virginia Avenue, Denver, Colorado.

3. Claimant Daniel Dinner disclaims any interest in the following defendant property:
   f. ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
   g. $68,690.00 IN UNITED STATES CURRENCY,
   h. $8,372.00 IN UNITED STATES CURRENCY

## Signature Page

I, Dan Dinner, hereby swear and affirm under pains and penalties of perjury that the foregoing Amended Claim to Property and/or assets to be filed in Civil Action No. 11-cv-01232-CMA-MEH is true and correct.

Dan Dinner

January 18, 2012

| STATE OF COLORADO | } |
| | } ss. |
| COUNTY OF DENVER | } |

The foregoing **SIGNATURE PAGE** was acknowledged before me on this ___ day of January, 2012, by a person known to me as Daniel Dinner.

Witness my hand and official seal.

My commission expires: _____ 12/5/14 _____

[SEAL]

Notary Public