IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   11-cv-01232-CMA-MEH              **FTR – Courtroom A501**
**Date:**   January 26, 2012                             Cathy Coomes, Courtroom Deputy

USA,                                                     Martha Paluch

     Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

     Defendants.

GINGER DINNER,                                          Mitchell Baker
DANIEL DINNER, and                                      William Taylor
SHELLY LYNN ELICK,                                      (No appearance)

     Claimants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**SCHEDULING CONFERENCE**

**Court in session:**      9:08 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case, setting a briefing scheduling regarding constitutional issues and a stay of the case.

**ORDERED:**  1.    A Final Pretrial Conference is set for **August 29, 2012, at 9:30 a.m.** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week  prior to the conference**

2.    Claimants shall file a brief regarding constitutional issues on or before **February 6, 2012;** Plaintiff's response will be due on or before **February 27, 2012;** Claimants may file a reply on or before **February 29, 2012.**

3.    Plaintiff shall file a Motion to Stay on or before **February 3, 2012;** Claimants' response will be due on or before **February 10, 2012;** Plaintiff may file a reply on or before **February 15, 2012.**

4.    A motion hearing is set for **March 1, 2012, at 1:00 p.m.**  The Court will hearing argument on the constitutional issues.  If the motion for stay is granted, the hearing will be vacated.

The proposed Scheduling Order is approved.

**Court in recess:**    9:30 a.m.    (Hearing concluded)
Total time in court:    0:22