IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

**NOTICE OF PUBLICATION**
_____

    I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning September 15, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

    DATED this 27th day of January, 2012.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Martha A. Paluch*
        Martha A. Paluch
        Assistant United States Attorney
        1225 Seventeenth Street, Ste. 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: martha.paluch@usdoj.gov
        *Attorney for Plaintiff*