Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# COURT CASE NUMBER: 11-CV-01232-CMA; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

1401 East Virginia Avenue, Denver, CO (11-IRS-000918)

57 Lake Ridge Circle #1844, Keystone, CO (11-IRS-000919)

$251,805.00 in United States Currency (11-IRS-000920) which was seized from Daniel Dinner on March 29, 2011 at 1401 East Virginia Avenue, located in Denver, CO

$450,060.00 in United States Currency (11-IRS-000921) which was seized from Daniel Dinner on March 29, 2011 at 8082 West Chenango Place, located in Denver, CO

$450,000.00 in United States Currency (11-IRS-000922) which was seized on March 29, 2011 from Safe Deposit Box #736 at Guaranty Bank, 1331 17th Street, located in Denver, CO

$50,000.00 in United States Currency (11-IRS-000923) which was seized on March 29, 2011 from Safe Deposit Box #1625 at First Bank, 3500 South Wadsworth, located in Denver, CO

$68,690.00 in United States Currency (11-IRS-000924) which was seized from Michael Elick on March 29, 2011 at 16082 East Black Horn Drive, located in Parker, CO

$8,372.00 in United States Currency (11-IRS-000925) which was seized from Michael Elick on March 29, 2011 at 16082 East Black Horn Drive, located in Parker, CO

One Silver Bar and 13 Miscellaneous Coins (11-IRS-000926) which was seized from Michael Elick on March 29, 2011 at 16802 East Black Horn Drive, located in Parker, CO

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (September 15, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Martha Paluch, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 15, 2011 and October 14, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 1401 East Virginia Avenue, Denver, CO, et al.

**Court Case No:** 11-CV-01232-CMA
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/15/2011 | 24.0 | Verified |
| 2 | 09/16/2011 | 24.0 | Verified |
| 3 | 09/17/2011 | 24.0 | Verified |
| 4 | 09/18/2011 | 24.0 | Verified |
| 5 | 09/19/2011 | 24.0 | Verified |
| 6 | 09/20/2011 | 24.0 | Verified |
| 7 | 09/21/2011 | 24.0 | Verified |
| 8 | 09/22/2011 | 24.0 | Verified |
| 9 | 09/23/2011 | 24.0 | Verified |
| 10 | 09/24/2011 | 24.0 | Verified |
| 11 | 09/25/2011 | 24.0 | Verified |
| 12 | 09/26/2011 | 24.0 | Verified |
| 13 | 09/27/2011 | 24.0 | Verified |
| 14 | 09/28/2011 | 24.0 | Verified |
| 15 | 09/29/2011 | 24.0 | Verified |
| 16 | 09/30/2011 | 24.0 | Verified |
| 17 | 10/01/2011 | 24.0 | Verified |
| 18 | 10/02/2011 | 24.0 | Verified |
| 19 | 10/03/2011 | 24.0 | Verified |
| 20 | 10/04/2011 | 24.0 | Verified |
| 21 | 10/05/2011 | 24.0 | Verified |
| 22 | 10/06/2011 | 24.0 | Verified |
| 23 | 10/07/2011 | 24.0 | Verified |
| 24 | 10/08/2011 | 24.0 | Verified |
| 25 | 10/09/2011 | 24.0 | Verified |
| 26 | 10/10/2011 | 24.0 | Verified |
| 27 | 10/11/2011 | 24.0 | Verified |
| 28 | 10/12/2011 | 24.0 | Verified |
| 29 | 10/13/2011 | 24.0 | Verified |
| 30 | 10/14/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.