IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

**UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANTS ONE SILVER BAR AND 13 MISCELLANEOUS COINS, $68,690.00 IN UNITED STATES CURRENCY, AND $8,372.00 IN UNITED STATES CURRENCY**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of claimant Shelly Lynn Elick, through counsel Karl J. Geil, Esq., and moves for Final Order of Forfeiture Only as to Defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency in favor of the United States.   In support, Plaintiff states:

    1.    On May 9, 2011, the United States filed its Verified Complaint for Forfeiture *In Rem* seeking forfeiture of the defendant property pursuant to 18 U.S.C. § 981(a)(1)C).

1

(Doc. 1). All of the sworn statements in the complaint established ample probable cause for a judgment of forfeiture.

2. The United States executed the Warrant for Arrest of Personal Property *In Rem*, and the Writ of Entry for the two defendant real properties.

3. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning September 15, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication. (Doc. 31).

4. Service to all known claimants was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the United States' Certificates of Service filed with the Court on September 7 and 8, 2011. (Docs. 15, 16, 17).

5. Claimant Daniel Dinner filed his Notice of Claim with the Court on October 14, 2011 (Doc. 18), and an Amended Notice of Claim on January 18, 2012. (Doc. 27). In his Amended Claim, Daniel Dinner indicated he had no interest in defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency, the subject of this Motion.

6. Also on October 14, 2011, Claimant Ginger Dinner filed a Notice of Claim. (Doc 19). However, she claims no interest in defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency, the subject of this Motion.

7. On October 25, Shelly Lynn Elick filed a Notice of Claim, claiming an interest only in $4,320.00 of defendant $68,690.00 in United States Currency. (Doc. 21). Ms. Elick did not claim an interest in any of the other assets at issue in this case.

8. The United States and Claimant Shelly Lynn Elick, through her attorney, Karl J. Geil, Esq., have reached a settlement agreement resolving all issues in this civil forfeiture matter with respect to Ms. Elick's interest in defendant $68,690.00 in United States Currency, and the Settlement Agreement is being filed contemporaneously herewith. The terms agreed to by the parties are, *inter alia*, as follows:

    a. Claimant Shelly Lynn Elick consents to the forfeiture of $64,370.00 of defendant $68,690.00 in United States Currency pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law;

    b. Claimant Shelly Lynn Elick claims no interest in defendants One Silver Bar and 13 Miscellaneous Coins and $8,372.00 in United States Currency, and does not oppose their forfeiture to the United States; and

    c. Upon entry of the Final Order of Forfeiture, the United States will return to Claimant, through her attorney Karl J. Geil, Esq., $4,320.00 of defendant $68,690.00 in United States Currency.

9. No other claims to defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency have been filed. Accordingly, all potential claimants' interest in defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United

States Currency have been resolved, and this Court can and should make an express determination pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay in entering a Final Order of Forfeiture as to defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency.

10. All remaining defendant property as listed in the caption, are pending, and are not affected by this Motion for Final Order of Forfeiture.

WHEREFORE, the United States prays for a Final Order of Forfeiture forfeiting to the United States $64,370.00 of defendant $68,690.00 in United States Currency, defendant One Silver Bar and 13 Miscellaneous Coins, and defendant $8,372.00 in United States Currency.

The United States also respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment as to the forfeited property for the reasons set forth above.

DATED this 27th day of January, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participants:

Karl J. Geil
Karl_geil@prodigy.net
*Attorney for Claimant Shelly Elick*

William L. Taylor
wltaylorpc@gmail.com
*Attorney for Claimant Daniel Dinner*

Mitchell Baker
mitchbaker@estreet.com
*Attorney for Claimant Ginger Dinner*

                                            s/ *Raisa V. Pitman*
                                            FSA Data Analyst
                                            Office of the U.S. Attorney