**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

      Defendants.

---

**FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANTS ONE SILVER BAR
AND 13 MISCELLANEOUS COINS, $68,690.00 IN UNITED STATES CURRENCY,
AND $8,372.00 IN UNITED STATES CURRENCY**

---

This matter is  before the Court on the United States' Unopposed Motion for Final

Order of Forfeiture Only as to Defendants One Silver Bar and 13 Miscellaneous Coins,

$68,690.00 in United States Currency, and $8,372.00 in United States Currency, and

the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C.

§ 981;

THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

THAT the United States and Claimant Shelly Lynn Elick, through her attorney Karl J. Geil, Esq., have reached a settlement agreement in this case as to Ms. Elick's interest in certain Defendant Property, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT on October 25, 2011, Claimant Shelly Lynn Elick filed a Verified Claim, indicating she has an interest only in $4,320.00 of Defendant $68,690.00 in United States Currency;

THAT neither Claimant Daniel Dinner nor Claimant Ginger Dinner have any ownership interest in Defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency;

THAT upon agreement of the parties, the United States has agreed to return $4,320.00 of Defendant $68,690.00 in United States Currency to Claimant Shelly Lynn Elick, through her attorney, Karl J. Geil, Esq.;

THAT upon agreement of the parties, the remaining $64,370.00 of Defendant $68,690.00 in United States Currency will be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law;

THAT there are now no claims of ownership for Defendant One Silver Bar and 13 Miscellaneous Coins, or $8,372.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C).

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States shall return $4,320.00 of Defendant $68,690.00 in United States Currency to Claimant Shelly Lynn Elick, through her attorney, Karl J. Geil, Esq.;

THAT forfeiture of the remaining $64,370.00 shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT Defendants One Silver Bar and 13 Miscellaneous Coins, and $8,372.00 in United States Currency are hereby forfeited to the United States in their entirety, pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter Judgment only as to Defendant One Silver Bar and 13 Miscellaneous Coins, $64,370.00 of Defendant $68,690.00 in United States Currency, and Defendant $8,372.00 in United States Currency;

THAT all remaining Defendant Property as listed in the caption, are pending, and are not affected by this Final Order of Forfeiture; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted

as to all of Defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in

United States Currency, and $8,372.00 in United States Currency, pursuant to 28

U.S.C. § 2465.

DATED:  February __01__, 2012

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge