**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

**FINAL JUDGMENT IN A CIVIL ACTION**

_____

    The Court has ordered, pursuant to Rule 54(b), that there is no just reason for delay and that forfeiture of defendant property is hereby entered in favor of the United States as follows:

    1.    One Silver Bar and 13 Miscellaneous Coins.

    2.    $64,370.00 of Defendant $68,690.00 in Untied States Currency.

    3.    $8,372.00 in United States Currency.

    It is

FURTHER ORDERED that $4,320.00 of Defendant $68,690.00 in United States Currency shall be returned to Claimant Shelly Lynn Elick, through her attorney, Karl J. Geil.

This action was decided by Judge Christine M. Arguello on a motion for forfeiture.

DATED at Denver, Colorado this 1st day of February 2012

FOR THE COURT:

GREGORY C. LANGHAM,

*s/Valeri P. Barnes*
Valeri P. Barnes,
Deputy Clerk