# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1401 EAST VIRGINIA AVENUE, DENVER, COLORADO**
**57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,**
**$251,805.00 IN UNITED STATES CURRENCY,**
**$450,060.00 IN UNITED STATED CURRENCY**,
**$450,000.00 IN UNITED STATES CURRENCY,**
**$50,000.00 IN UNITED STATES CURRENCY,**
**ONE SILVER BAR AND 13 MISCELLANEOUS COINS,**
**$68,690.00 IN UNITED STATES CURRENCY,**
**$8,372.00 IN UNITED STATES CURRENCY**

       Defendant.

___

## CLAIMANT DANIEL DINNER'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME IN WHICH TO FILE CONSTITUTIONAL MOTIONS
___

       Claimant Daniel Dinner ("Dinner"), by counsel Ridley, McGreevy & Winocur, P.C., hereby requests, without opposition of the Government, an enlargement of time of seven days in which to file his motion(s) to suppress evidence for constitutional violations, and in support of his request states as follows:

1. During the scheduling conference held on January 26, 2012 in this action, Magistrate Judge Hegarty set today, February 6, 2012 as the date on which Claimant Daniel Dinner's motion to suppress statements and evidence for violations of constitutional rights was to be filed.

1

2. That filing deadline was believed to be achievable by undersigned counsel because counsel believed that the Jefferson County District Attorney's Office previously had provided complete discovery concerning potential constitutional violations by law enforcement in the state criminal case arising from the same investigation as this case.

3. During a meeting with state prosecutors held on Wednesday, February 1, 2012, undersigned counsel was informed that a Global Positioning Device ("GPS") had been installed on Claimant Dinner's vehicle during the course of the state's investigation, but that at least one search warrant, and maybe more than one warrant had been obtained by state investigators for the surreptitious placement of that GPS device.

4. Today, February 6, 2012, undersigned counsel was informed by the Jefferson County District Attorney's Office, that, in fact, a GPS device also was installed by the Federal Bureau of Investigation ("FBI") on Mr. Dinner's vehicle, but that no search warrant had been obtained for the installation of that device.

5. The District Attorney's Office has promised to provide discovery as to the FBI's GPS device, its installation, and data thereby gathered during the investigation of Claimant Dinner.

6. This information about the warrantless GPS device, yet to be disclosed by the Jefferson County District Attorney's Office, is critical to Mr. Dinner's Fourth Amendment claim in this case.  Undersigned counsel needs additional time to obtain the additional information, analyze it, and add this analysis to his claims for suppression of statements

and evidence under the holding of *United States v. Jones*, ___ U.S. ___. No. 10-1259 (Jan. 23, 2012).

7. Undersigned counsel believes that he will be in a position to complete briefing and file the constitutional motion(s) contemplated herein by February 13, 2012.

8. Undersigned counsel has conferred via an exchange of voice mail messages with the Attorney for the Government, Assistant U.S. Attorney Martha Ann Paluch.  In her return message, she stated that the Government would not object to a request for enlargement of time on the basis set forth herein.

9. Claimant Dinner will, of course, not object to a commensurate enlargement of time for the Government to respond to his motion(s).

**WHEREFORE**, Claimant Daniel Dinner respectfully requests that this Court grant him an additional seven days, until the end of the day on Monday, February 13, 2012, to file his motion(s) to suppress for constitutional violations in this action.

Dated:  February 6, 2012

>  Respectfully submitted,
>
>  */s/ William L. Taylor*

3

William L. Taylor, #21098  
Attorney for Dan Dinner  
RIDLEY, MCGREEVY & WINOCUR P.C.  
303 16th Street, Suite 200  
Denver, CO  80202  
Telephone:  (303) 629-9700  
Fax:  (303) 629-9702  
E-Mail:  wltaylorpc@gmail.com;  
taylor@ridleylaw.com  
*Attorney for Claimant Daniel Dinner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2012, I served a true and correct copy of the foregoing **CLAIMANT DANIEL DINNER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE CONSTITUTIONAL MOTIONS** via CM/ECF filing addressed to the following:

| | |
|---|---|
| **Tonya Shotwell Andrews** | **Martha Ann Paluch** |
| U.S. Attorney's Office-Denver | U.S. Attorney's Office-Denver |
| 1225 17th Street East | 1225 17th Street East |
| #700 | Seventeenth Street Plaza |
| Denver, CO 80202 | #700 |
| 303-454-0100 | Denver, CO 80202 |
| 303-454-0402 (fax) | 303-454-0100 |
| Tonya.Andrews@usdoj.gov | 303-454-0402 (fax) |
| *Attorney for Plaintiff* | Martha.Paluch@usdoj.gov |
| | *Representing Plaintiff* |
| | |
| **Mitchell Baker** | **Karl J. Geil** |
| Mitch Baker, Attorney at Law | Karl J. Geil, P.C. |
| 1543 Champa Street | 621 17th Street |
| #400 | Suite 2655 |
| Denver, CO 80202 | Denver, CO 80293 |
| 303-592-7353 | 303-295-6261 |
| 303-571-1001 (fax) | 303-298-0716 (fax) |
| mitchbaker@estreet.com | karl_geil@prodigy.net |
| *Attorney for Claimant Ginger Dinner* | *Representing Claimant Shelly Lynn Elick* |

                                                  *s/ William L. Taylor*