IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 6, 2012**.

      Plaintiff's Motion to Stay Case [filed February 2, 2012; docket #35] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1A.