IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2012**.

      Claimant Daniel Dinner's Unopposed Motion for Enlargement of Time in Which to File Constitutional Motions [filed February 6, 2012; docket #38] is **granted**. Claimant shall file his motion concerning constitutional issues on or before February 13, 2012. Plaintiff shall file a response to the motion on or before March 2, 2012, and Claimant may file a reply brief in support of the motion on or before March 6, 2012. The hearing on the motion currently set for March 1, 2012 is **vacated and rescheduled** for March 8, 2012 at 10:00 a.m. Again, if Plaintiff's motion to stay is granted, this hearing will be vacated.