Date Printed: 02/15/2012

**People Of The State Of Colorado Vs. Dinner, Daniel - 2011CR1744 - Jefferson County**

## Summary

| | | |
|---|---|---|
| **Case #:** 2011CR1744 (District) | **Location:** Jefferson County | **Date Filed:** 2011-06-28 |
| **Case Status:** | **Date Case Closed:** N/A | **Date of Speedy Trial:** 2012-06-04 |
| **Case Type:** Gambling | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Tamara S Russell | **Division:** 4 | **Bar Number:** 17037 |
| **Related Cases:** 2011CR1745 (Jefferson); | | |

## Participants

| Party Type: Defendant | Person Status: Not Applicable | |
|---|---|---|
| **Name:** Dinner, Daniel | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1951-09-03<br>**Gender:** M<br>**Race:** W<br>**Drivers License:**<br>**StateID:** 2619090 | | **Attorney Role:** Privately Retained Attorney<br>**Attorney Name:** Taylor, William Lewis<br>**Attorney Bar #:** 21098<br>**Primary Attorney:** Yes<br><br>**Attorney Role:** Privately Retained Attorney<br>**Attorney Name:** Chesler, Leonard M<br>**Attorney Bar #:** 3631<br>**Primary Attorney:** Yes |
| **Party Type:** Impartial | **Person Status:** Not Applicable | |
| **Name:** Dinner, Ginger Lynn | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | Active Address<br>1401 E Virginia Ave<br>Denver CO 80209<br><br>Home : (303) 9733875 | |

## Charges / Dispositions

### Arresting Agency

| **Arresting Agency:** Jefferson District Attorney | **Arrest Date:** | **Arrest Time:** |
|---|---|---|
| **Ticket/Summons Number:** | **Arrest Number:** | **Case Number:** 2009-1902 |

### Final Disposition on Charges

Attachment B

| Charge Number: 1 | Charge: Cocca-pattern Of Racketeering | | Status: Main Charge |
|---|---|---|---|
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: F2 (Class 2 Felony) | BAC: 0.000 | Statute: 18-17-104(3) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 2 | Charge: Gambling-professional-csp | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M2 (Class 2 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 3 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 4 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 5 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 6 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 7 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |

CONFIDENTIAL

| Charge Number: 8 | Charge: Gambling-professional | | Status: Main Charge |
|---|---|---|---|
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 9 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 10 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2010-12-31 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 11 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 12 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 13 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 14 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |

| Charge Number: 15 | Charge: Gambling-professional | | Status: Main Charge |
|---|---|---|---|
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 16 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 17 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 18 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 19 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 20 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |
| Charge Number: 21 | Charge: Gambling-professional | | Status: Main Charge |
| Offense Date From: 2011-03-29 | Offense Date To: | Offense Time: | |
| Class: M1 (Class 1 Misdemeanor) | BAC: 0.000 | Statute: 18-10-103(2) | |
| Plea Date: 2011-11-07 | Plea: Plea Not Guilty | | |

| | | | |
|---|---|---|---|
| **Charge Number:** 22 | **Charge:** Gambling-professional | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-103(2) | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 23 | **Charge:** Gambling-professional | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-103(2) | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 24 | **Charge:** Gambling-professional | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-103(2) | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 25 | **Charge:** Gambling-professional | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-103(2) | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 26 | **Charge:** Gambling-professional | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M1 (Class 1 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-103(2) | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 27 | **Charge:** Gambling Information-transmit/receive | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M3 (Class 3 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-106 | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |
| **Charge Number:** 28 | **Charge:** Gambling-possession Of Device/record | | **Status:** Main Charge |
| **Offense Date From:** 2011-03-29 | **Offense Date To:** | **Offense Time:** | |
| **Class:** M2 (Class 2 Misdemeanor) | **BAC:** 0.000 | **Statute:** 18-10-105 | |
| **Plea Date:** 2011-11-07 | **Plea:** Plea Not Guilty | | |

| Hearings/Trials | | | | | |
|---|---|---|---|---|---|
| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
| 2012-04-26 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-25 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-24 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-23 | 08:30 AM | 5C | Jury Trial<br>NOTE: DOCKET DAY | Vacated | Tamara S Russell (17037) |
| 2012-04-20 | 08:30 AM | 5C | Jury Trial<br>NOTE: 1/2 DAY | | Tamara S Russell (17037) |
| 2012-04-19 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-18 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-17 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-04-16 | 08:30 AM | 5C | Jury Trial<br>NOTE: 7 1/2 DAYS | | Tamara S Russell (17037) |
| 2012-03-20 | 08:30 AM | 5C | Motions Hearing<br>NOTE: BOND | | Tamara S Russell (17037) |
| 2012-02-08 | 08:30 AM | 5C | Motions Hearing<br>NOTE: BND | Held and Continued | Tamara S Russell (17037) |
| 2012-01-05 | 08:30 AM | 5C | Motions Hearing<br>NOTE: BND | Hearing Held | Tamara S Russell (17037) |
| 2011-11-07 | 08:00 AM | 5C | Arraignment<br>NOTE: BOND | Hearing Held | Tamara S Russell (17037) |
| 2011-10-11 | 04:00 PM | 5C | Arraignment<br>NOTE: BOND | Vacated | Tamara S Russell (17037) |
| 2011-10-11 | 04:00 PM | 5C | Status Conference<br>NOTE: BOND | Hearing Held | Tamara S Russell (17037) |
| 2011-08-15 | 03:00 PM | 5C | Status Conference<br>NOTE: BOND | Hearing Held | Tamara S Russell (17037) |
| 2011-07-18 | 08:00 AM | 5C | Appearance on Bond | Hearing Held | Tamara S Russell (17037) |

| Other Case Activities | | |
|---|---|---|
| Date | Code | Details/Notes |
| 2012-04-23 | JTNH | Jtrl Dispo - Trial Not Held |
| 2012-02-08 | MINC | Minute Order (print)<br>Motions Hearing Russell/jld/patty Vigil-ladner<br>Dda Ben Sollars Present. Deft Appearing On Bond W/attys Leonard Chesler And<br>William Taylor. Argument Given On Motion To Continue Motions Hearing. Motions |

| | | | |
|---|---|---|---|
| | | | Hearing And Dispo Deadline Continued To 3/20/12 At 830am. Discovery Deadline<br>Set For 3/2/12. New Motions May Be Filed In Regard To Gps Issue. Bond Continued. /jld |
| 2012-02-07 | MOTN | | Motion<br>DEF1/ Dinner, Daniel<br>Unopposed Motion To Continue Motions Hearing And Mandatory Dispositon Date |
| 2012-01-17 | MOTN | | Motion<br>DEF1/ Dinner, Daniel<br>To Dismiss And/or For Such Lesser But Appropriate Relief As Suppression Of<br>Statements And Evidence /mjf |
| 2012-01-05 | MINC | | Minute Order (print)<br>Motions Hearing Russell/jld/patty Vigil-ladner<br>Dda M Pautler And B Sollars Present. Deft Appearing On Bond W/attys Leonard<br>Chesler And William Taylor. Argument Given On Motion To Compel Discovery<br>Relating To The Confidential Information - The Court Deems The Following<br>Sections Confessed - A,b,c,d,f,g,j,k,l,m - Police Not Atty Notes, P And R. The Remaining Items I,n,o,q,s,t Are In Dispute As Well As Psi Of Confidential<br>Informant And Tax Information. Argument Given On Motion For Specific Discovery. The Court Will Take Matter Under Advisement And Issue Written<br>Order. Motions Deadline Extended To 1/17/12. Bond Continued To Motions Date<br>Of 2/8/12 At 830am. /jld |
| 2011-12-22 | RSPN | | Response<br>By Da: Response: Motion For Specific Discovery /vls |
| 2011-12-22 | RSPN | | Response<br>By Da: To Defendant's Motion To Compel Discovery Relating To The Confidential<br>Informant, Including Location, Prior Convictions And All Evidence Relevant To<br>Bias, Interest Or Motive /lmg |
| 2011-12-08 | MOTN | | Motion<br>For Specific Discovery /vls |
| 2011-12-06 | MOTN | | Motion<br>DEF1/ Dinner, Daniel<br>To Compel Discovery Relating To The Confidential Information, Including Location, Prior Convictions And All Evidence Relevant To Bias, Interest Or Motive /lmg |
| 2011-12-05 | MOTN | | Motion<br>DEF1/ Dinner, Daniel<br>To Compel Discovery Relating To The Confidential Informant, Including Location, Prior Convictions And All Evidence Relevant To Bias, Interest Or Motive /lmg |
| 2011-11-07 | MINC | | Minute Order (print)<br>Arrg Russell/downey/nye<br>Dda B Sollars And M Pautler; Atd Taylor And L Chesler And Def On Bond Not Guilty Plea. Jury Trial Set April 16-26 At 830am. No Trial On April 23rd<br>And Only 1/2 Day On April 20th. Motions Hearing Set January 5 2012 At |

| | | |
|---|---|---|
| | | 830am<br>For Discovery And Facial Motions. Motions Due By Dec 5th. Substantive Motions Hearing Set Feb 8th At 830am For Motions. Motions Due January 8th.<br>Plea Cutoff February 8th. Parties Agree That Speedy Would Go Through June 4th.<br>Bond Continues. /srd |
| 2011-11-07 | ORDR | Order<br>Scheduling Order--tsr /jld |
| 2011-11-07 | ORDR | Order<br>Scheduling Order--tsr /jld |
| 2011-11-03 | MOTN | Motion<br>By Denver Post<br>To Unseal Search Warrant /lmg<br>11/9/11 ---moot------tsr00 /lmg |
| 2011-10-11 | MINC | Minute Order (print)<br>Arraignment Russell/jld/ruth Anderson<br>Dda Ben Sollars And Mark Pautler Present. Deft Appearing On Bond W/attys W<br>Taylor And L Chesler. First Continuance Of Arraignment Continued To 11/7/11<br>At 8am. Bond Continued. /jld |
| 2011-10-03 | ORDR | Order<br>Re: Probable Cause--tsr /jld |
| 2011-08-15 | MINC | Minute Order (print)<br>Status Hearing Russell/jld/patty Vigil-ladner<br>Dda K Goman Present. Deft Appearing On Bond W/atty Leonard Chesler And<br>William Taylor. Review Of Probable Cause Is Not Complete, The Court Will<br>Review Search Warrant Affidavit, Motion To Unseal Search Warrant Granted.<br>Status Hearing Reset For 10/11/11 At 4pm. Bond Continued. /jld |
| 2011-07-28 | RSPN | Response<br>By Da: To Defendant's Motion For Judicial Review Of Probable Cause Determination /lmg |
| 2011-07-18 | ENTR | Entry Of Appearance |
| 2011-07-18 | MOTN | Motion<br>For Judicial Review Of Determination Of Probable Cause /vls |
| 2011-07-13 | ENTR | Entry Of Appearance<br>DEF1/ Dinner, Daniel<br>Entry Of Appearance /mjf |
| 2011-07-05 | WCAN | Warrant Canceled<br>Bond /kwc /kwc |
| 2011-06-29 | WLEC | Warant Canceled By Law Enforce<br>Date Of Arrest: 06/29/2011 Arrest #: 92880365 Bond Amt: $.00<br>Arresting Agency: Warrant Canceled Due To Arrest On 20110629 By So Jefferson C<br>Ounty Golden<br>Person Arrested: Daniel Dinner Msg From: Womac,sean |
| 2011-06-28 | INDT | Indictment By Grand Jury |

| Date | Code | Description |
|---|---|---|
| 2011-06-28 | WAFF | Warrant Upon Affidavit<br>DEF1/ Dinner, Daniel<br>Warr Grand Jury Indictment Div 4 Crtrm 5c Ret 10 Days 830 Am 100 Jefferson<br>County Pkwy Golden Ncic Bond Type: Cash /kwc |
| 2011-06-28 | WITL | Witness List<br>First Judicial District Grand Jury Witness List /mjf |
| 2011-03-31 | FOTH | Filing Other<br>Search Warrant 11-315<br>Return 4/5/11<br>***********sealed********* /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-29 | FOTH | Filing Other<br>Search Warrant 11-313<br>Return 4/5/11<br>*******sealed******** /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-29 | FOTH | Filing Other<br>Search Warrant 11-311<br>Returne 4/5/11<br>********sealed******** /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-29 | FOTH | Filing Other<br>Search Warrant 11-310<br>Return 4/11/11<br>*********sealed******* /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-25 | FOTH | Filing Other<br>Search Warrant 11-300<br>Return 4/5/11<br>*****sealed****** /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-25 | FOTH | Filing Other<br>Search Warrant 11-297<br>Return 4/5/11<br>*******sealed******* /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-03-17 | FOTH | Filing Other<br>Search Warrant 11-272<br>*******sealed****** /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-02-28 | FOTH | Filing Other<br>Search Warrant 11-216<br>********sealed******** /lmg<br>Warrant Unsealed Per Judge Russell Order On 8/15/11 /mjf |
| 2011-01-03 | ORDR | Order<br>Order Re: Probable Cause --tsr /jld |

**Judgments**

No Judgments Information

### Bonds

| Bond Status Date: 2011-07-05 | Bond Status: POSTED | |
|---|---|---|
| Set Date: 2011-06-28 | Set Amount: 5000.00 | Set Type: Cash |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: 2011-06-29 | Post Amount: 5000.00 | Post Type: Cash |

### Financial Summary

| Registry | Received by Court | Disbursed by Court | Payment in Process | Balance Held by Court |
|---|---|---|---|---|
| Bonds | $5,000.00 | $0.00 | $0.00 | $5,000.00 |
| Registry Balance | $5,000.00 | $0.00 | $0.00 | $5,000.00 |