IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY, and
$8,372.00 IN UNITED STATES CURRENCY,

    Defendants.
_____

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIMANT DANIEL DINNER'S MOTION TO SUPPRESS EVIDENCE AND TO DISMISS (DOC. 45)**
_____

THE UNITED STATES OF AMERICA, by and through United State Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, hereby respectfully moves this Court for an extension of time to respond to Claimant Dinner's Motion to Suppress Evidence and to Dismiss (Doc. 45), filed February 13, 2012. In support of this motion, the United States states as follows:

    1.    At the January 26, 2012 Scheduling Conference, the Court ordered that Claimant Dinner was to file his brief regarding constitutional issues on or before

1

February 6, 2012, and that the United States' Response to this motion would be due on or before February 27, 2012.  Doc. 29.

2.     On February 6, 2012, Dinner filed an unopposed motion seeking until February 13, 2012, to file his constitutional law motion.  The Court granted this request, and ordered that the United States' response is due by March 2, 2012.  Doc. 43.

3.     On February 2, 2012, the United States filed a Motion to Stay briefing on the constitutional law issues and the March 8, 2012 motions hearing until the state court ruled on Dinner's previously filed motion on these issues in that court.  In addition, the United States sought a stay of the civil forfeiture case pending resolution of Dinner's criminal case.  Docs. 35 and 40.  Dinner filed a response on February 10, 2012, Doc. 44, and the United States' filed a Reply on February 15, 2012.  Doc. 47.

4.     The State of Colorado has been ordered to provide discovery to Dinner pertaining to the GPS issue by March 2, 2012.

5.     The FBI agent involved in this matter has been out of the state for two weeks attending training.  The United States has requested, but not yet received, full discovery on the GPS issue.  Until the United States receives this discovery, it is unable to respond to Dinner's constitutional claims pertaining to the GPS issue.

6.     In addition, in the interest of judicial economy, the United States is seeking an extension of time of time to respond to Dinner's constitutional motion until this Court has ruled on the United States' Motion to Stay the case.  Should the Court deny the United States' motion, it seeks ten days from the date of that order to file a response to Dinner's constitutional law motion.

7.       Pursuant to D.C.COLO.LCivR 7.1.A, undersigned counsel represents that she contacted Mr. William Taylor, Esq., counsel for Claimant Daniel Dinner, Mr. Mitchell Baker, Esq., counsel for Claimant Ginger Dinner, and Mr. Karl Geil, Esq, counsel for Claimant Shelly Elick regarding the instant motion.  Mr. Taylor stated via email that he objects to this motion.

Mr. Baker indicated via email that he concurs with Mr. Taylor's position.  Mr. Geil represented via emai that given the fact his client has settled her claim with the United States, he takes no position on the instant motion.

DATED this 24th day of February, 2012.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ *Martha A. Paluch*
>Martha A. Paluch
>Assistant United States Attorney
>1225 Seventeenth Street, Ste. 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>E-mail: Martha.Paluch@usdoj.gov
>*Attorney for Plaintiff*

3

## **CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on this 24th day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following participants:

William Lewis Taylor, Esq.
wltaylorpc@gmail.com
*Attorney for Claimant Daniel Dinner*

Mitchell Baker, Esq.
mitchbaker@estreet.com
*Attorney for Claimant Ginger Dinner*

Karl J. Geil, Esq.
Karl_geil@prodigy.net
*Attorney for Claimant Shelly Elick*

                s/ *Raisa V. Pitman*
                FSA Data Analyst
                Office of the U.S. Attorney