IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2012**.

      Before the Court is the Plaintiff's Motion to Stay Case [docket #40] and a Motion to Suppress Evidence and to Dismiss filed by Claimant Daniel Dinner [docket #45]. The Court had scheduled a hearing on Claimant's motion to suppress for March 8, 2012 at 10:00 a.m. However, after review of the briefing on the Plaintiff's motion to stay, the Court finds it necessary to hear evidence on Plaintiff's motion. **Therefore, the hearing scheduled for March 8, 2012 will proceed on Plaintiff's motion to stay only.** Counsel for the parties shall be prepared to discuss and present evidence as to whether witness testimony proffered during a hearing on the Claimant's motion to suppress in this Court would be precluded under Colo. R. Crim. P. 16, and whether the Claimant's discovery of such testimony would adversely affect the criminal proceeding currently in progress in Jefferson County District Court.

      In light of this order, Plaintiff's Motion for Extension of Time to Respond to Claimant Dinner's Motion to Suppress Evidence and to Dismiss [filed February 24, 2012; docket #48] is **denied without prejudice** as premature. The Court will set a revised briefing schedule for the motion to suppress evidence at the March 8, 2012 hearing, if necessary.