IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2012**.

      At the request of the parties, the Motion Hearing currently set for March 12, 2012, is **vacated and rescheduled** to **Tuesday, April 3, 2012** at **10:00 a.m.**, and will take place in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. All other aspects of this Court's February 28, 2012 order remain in effect.