IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

  Defendants.

_____

**UNITED STATES' UNOPPOSED MOTION TO VACATE APRIL 3, 2012 HEARING
ON THE UNITED STATES' MOTION TO STAY CASE**
_____

  THE UNITED STATES OF AMERICA, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, hereby respectfully moves this Court to vacate the April 3, 2012 hearing scheduled on the United States' Motion to Stay Case. In support of this motion, the United States states as follows:

  1. On February 28, 2012, the Court issued a Minute Order setting a hearing on the United States' Motion to Stay Case. Doc. 50. The hearing was reset and is now scheduled to occur tomorrow, April 3, 2012. Doc. 52.

  2. On March 20, 2012, Daniel Dinner and Michael Elick entered guilty pleas in their related state prosecutions. Both are scheduled for sentencing on May 14, 2012.

1

3. The United States and Claimant Daniel Dinner have reached a verbal settlement agreement. Once finalized, the settlement agreement with Daniel Dinner will also resolve Claimant Ginger Dinner's claim. As noted, the United States has already settled with Claimant Shelly Elick.

4. Given that the basis for the stay – resolution of Claimant Daniel Dinner's state prosecution – is no longer at issue, there is no basis for the United States' pending Motion to Stay. For this reason, in addition to the verbal settlement agreement reached, the parties do not believe a hearing is warranted at this time. Accordingly, the parties request that the Court set a status conference in this case within 45 days, or by **Thursday, May 17, 2012.** Provided the parties file the settlement agreement, which resolves Daniel and Ginger Dinner's claims, and a Motion for a Final Order of Forfeiture before the conference, the parties will move to vacate the status conference.

5. Pursuant to D.C.COLO.LCivR 7.1.A, undersigned counsel represents that she contacted Mr. William Taylor, Esq., counsel for Claimant Daniel Dinner, Mr. Mitchell Baker, Esq., counsel for Claimant Ginger Dinner, and Mr. Karl Geil, Esq, counsel for Claimant Shelly Elick regarding the instant motion. All stated that they are in agreement with the instant motion.

DATED this 2nd day of April, 2012.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By: s/ *Martha A. Paluch*
   Martha A. Paluch
   Assistant United States Attorney
   1225 Seventeenth Street, Ste. 700
   Denver, Colorado 80202
   Telephone: (303) 454-0100
   E-mail: Martha.Paluch@usdoj.gov
   *Attorney for Plaintiff*


## **CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on this 2nd day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following participants:

William Lewis Taylor, Esq.
wltaylorpc@gmail.com
*Attorney for Claimant Daniel Dinner*

Mitchell Baker, Esq.
mitchbaker@estreet.com
*Attorney for Claimant Ginger Dinner*

Karl J. Geil, Esq.
Karl_geil@prodigy.net
*Attorney for Claimant Shelly Elick*

          s/ *Raisa V. Pitman*
          FSA Data Analyst
          Office of the U.S. Attorney