IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2012**.

      Having been advised that the Plaintiff and Claimant Dinner have reached a verbal settlement of this matter, Plaintiff's Unopposed Motion to Vacate April 3, 2012 Hearing on the Motion to Stay Case [filed April 2, 2012; docket #53] is **granted**. The April 3, 2012 hearing is **vacated**.

      In light of the current posture of the case, the Court will **deny without prejudice** the Plaintiff's Motion to Stay Case [February 7, 2012; docket #40] and the Motion to Suppress Evidence and to Dismiss filed by Claimant Daniel Dinner [February 13, 2012; docket #45]. Should the posture of the case change, the parties may re-file their motions, if necessary and applicable.

      In addition, the Court will hold a Status Conference in this matter on **May 16, 2012 at 9:30 a.m.** The conference will be held in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel for the parties shall be prepared to advise the Court of the status of the underlying criminal matter and the settlement of this case.