# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATED CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY

       Defendants.

---

## CLAIMANT DANIEL DINNER'S UNOPPOSED MOTION TO VACATE MAY 16, 2012 STATUS CONFERENCE

---

Claimant Daniel Dinner, by and through counsel William L. Taylor of Ridley, McGreevy & Winocur, PC, hereby respectfully moves this Court to vacate the May 16th, 2012 Status Conference.  In support of this motion, the Claimant Daniel Dinner states as follows:

1. The United States and Claimant Daniel Dinner have reached a verbal settlement agreement.  Once finalized, the settlement agreement with Daniel Dinner will also resolve Claimant Ginger Dinner's claim.  A brief period of time is yet required, however, to finalize the written settlement agreement.

2. Claimant Daniel Dinner and the Attorney for the Government, Martha A. Paluch, agree that no more than 30 days will be required to finalize the written agreement.  Accordingly, the

parties request that the Court set a status conference in this case in 30 days. Provided the parties file the settlement agreement, which resolves Daniel and Ginger Dinner's claims, and a Motion for a Final Order of Forfeiture before the conference, the parties will move to vacate the status conference.

    3. Pursuant to D.C.COLO.LCivR 7.1.A, undersigned counsel represents that he contacted Assistant United States Attorney, Martha A. Paluch, Mr. Mitchell Baker, Esq., counsel for Claimant Ginger Dinner, and Mr. Karl Geil, Esq., counsel for Claimant Shelly Elick regarding the instant motion. All state that they are in agreement with the instant motion.

DATED this 15th day of May, 2012

Respectfully submitted.

/s/ *William L. Taylor*
William L. Taylor, #21098
Attorney for Dan Dinner
RIDLEY, MCGREEVY & WINOCUR P.C.
303 16th Street, Suite 200
Denver, CO 80202
Telephone: (303) 629-9700
Fax: (303) 629-9702
Email: wltaylorpc@gmail.com;
taylor@ridleylaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 15th day of May, 2012, I served a true and correct copy of the foregoing **Unopposed Motion to Vacate May 16, 2012 Status Conference** via CM/ECF filing to all parties listed therein including:

Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0402
E-mail:  Tonya.andrews@usdoj.gov
Attorney for Plaintiff

Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0402
E-mail:  Martha.paluch@usdoj.gov
Attorney for Plaintiff

Mitchell Baker
1543 Champa Street, Suite 400
Denver, CO  80202
Telephone:  (303) 592-7353
Email:  mitchbaker@estreet.com
Attorney for Ginger Dinner

Karl Geil
621 17th Street
Suite 2655
Denver CO 80293
Phone:303-295-6261
Fax:303-298-0716
Attorney for Shelly Elick

               /s/ *Suzy M. Kamps*
               Suzy M. Kamps