IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

      Defendants,

GINGER DINNER, and
DANIEL DINNER,

      Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2012**.

      Claimant Daniel Dinner's Unopposed Motion to Vacate [and Reschedule] May 16, 2012 Status Conference [filed May 15, 2012; docket #56] is **granted**. The Status Conference currently scheduled for May 16, 2012 is **vacated and rescheduled** to **June 14, 2012 at 9:30 a.m.** and will take place in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for the parties shall be prepared to advise the Court of the status of the underlying criminal matter and the settlement of this case.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.