IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

**UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of claimant Daniel Dinner, through counsel William L. Taylor, Esq., claimant Ginger Dinner, through counsel Mitchell Baker, Esq., and claimant GMAC Mortgage, LLC ("GMAC"), through counsel Karen Brody, Esq., and moves for the Final Order of Forfeiture tendered herewith.   In support, Plaintiff states:

    1.    On May 9, 2011, the United States filed its Verified Complaint for Forfeiture *In Rem* seeking forfeiture of the defendant property pursuant to 18 U.S.C. § 981(a)(1)C). (Doc. 1).   All of the sworn statements in the complaint established ample probable cause for a judgment of forfeiture.

1

2. The United States executed the Warrant for Arrest of Personal Property *In Rem*, and the Writ of Entry for the two defendant real properties.

3. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning September 15, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the United States' Notice of Publication. (Doc. 31).

4. Service to all known claimants was made via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the United States' Certificates of Service filed with the Court on September 7 and 8, 2011. (Docs. 15, 16, 17).

5. On October 14, 2011, Claimant Ginger Dinner filed a Notice of Claim (Doc 19), claiming an interest only in $15,000.00 of defendant 1401 East Virginia Avenue.

6. On October 25, 2011 Shelly Lynn Elick filed a Notice of Claim (Doc. 21), claiming an interest only in $4,320.00 of defendant $68,690.00 in United States Currency.

7. On January 18, 2012, Claimant Daniel Dinner filed an Amended Claim (Doc. 27), claiming interest only in the following:

    a. 1401 East Virginia Avenue, Denver, Colorado;

    b. 57 Lake Ridge Circle, #1844, Keystone, Colorado;

    c. $251,805.00 in United States Currency;

    d. $450,060.00 in United States Currency;

    e. $450,000.00 in United States Currency; and

    f. $50,000.00 in United States Currency.

8. The United States and Claimant Shelly Elick entered into a Settlement Agreement resolving all issues with respect to Ms. Elick's interest in defendant $68,690.00 in United States Currency, and on January 27, 2012, the United States filed an Unopposed Motion for Final Order of Forfeiture in conjunction with the parties' Settlement Agreement.  (Doc. 32).

9. On February 1, 2012, a Final Order of Forfeiture was entered by the Court only as to defendants One Silver Bar and 13 Miscellaneous Coins, $68,690.00 in United States Currency, and $8,372.00 in United States Currency, in conjunction with the Settlement Agreement between the United States and Claimant Shelly Elick.  (Doc 33).

10. The United States, Claimant Daniel Dinner, Claimant Ginger Dinner, and GMAC as lienholder for defendant 57 Lake Ridge Circle, #1844 ("defendant Keystone Condo"), have also now entered into Settlement Agreements, which are being filed contemporaneously herewith.  The terms agreed to by the parties are, *inter alia*, as follows:

   a. Claimants Daniel Dinner and Ginger Dinner consent to the forfeiture of the following defendant property pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law:

   1) 57 Lake Ridge Circle, #1844, Keystone, Colorado;
   2) $251,805.00 in United States Currency;
   3) $450,060.00 in United States Currency;
   4) $450,000.00 in United States Currency; and

3

                5)       $50,000.00 in United States Currency.

        b.       The Parties agree that upon entry of the Final Order of Forfeiture, the United States shall promptly record a Release of Lis Pendens for defendant 1401 East Virginia Avenue, in the property records of Denver County, Colorado, and the United States shall have no further interest in defendant 1401 East Virginia Avenue relating to the civil forfeiture action herein;

        c.       The United States and GMAC agree that upon entry of the Final Order of Forfeiture, the United States shall market and sell defendant Keystone Condo, and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses related to seizure, maintenance, custody, and disposal, it will satisfy GMAC's lien pursuant to the terms and provisions of the Settlement Agreement between the parties;

        d.       Each of the parties agrees to bear its own costs and attorneys' fees.

        e.       The United States and claimants forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the defendant property herein, except for any civil or criminal tax liability which claimants understand must be handled between claimants and the Internal Revenue Service directly.

WHEREFORE, the United States prays for a Final Order of Forfeiture forfeiting to the United States the following defendant property:

      a.      57 Lake Ridge Circle, #1844, Keystone, Colorado;

      b.      $251,805.00 in United States Currency;

      c.      $450,060.00 in United States Currency;

      d.      $450,000.00 in United States Currency; and

      e.      $50,000.00 in United States Currency.

The United States also respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment as to the forfeited property for the reasons set forth above.

DATED this 12th day of June, 2012.

      Respectfully submitted,

      JOHN F. WALSH
      United States Attorney

By: s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participants:

William L. Taylor
wltaylorpc@gmail.com
*Attorney for Claimant Daniel Dinner*

Mitchell Baker
mitchbaker@estreet.com
*Attorney for Claimant Ginger Dinner*

And emailed the same, to:

Karen Brody
kbrody@lfslaw.com
*Attorney for GMAC Mortgage, LLC*

                                          s/ *Raisa Vilensky*
                                          FSA Data Analyst
                                          Office of the U.S. Attorney