IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

    Defendants.
_____

**UNOPPOSED MOTION TO VACATE JUNE 14, 2012 STATUS CONFERENCE**
_____

    THE UNITED STATES OF AMERICA, by and through United State Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Daniel Dinner, through counsel William L. Taylor, Esq., Claimant Ginger Dinner, through counsel Mitchell Baker, Esq., and Claimant GMAC Mortgage, LLC, through counsel Karen Brody, Esq., hereby respectfully moves this Court to vacate the Status Conference currently set in this case for Thursday, June 14, 2012, at 9:30 a.m.  In support of this motion, the United States states as follows:

    1.    This date, the United States and Claimants Daniel and Ginger Dinner filed a Settlement Agreement resolving all claims to defendant property.  A Settlement Agreement between the United States and Claimant GMAC Mortgage, LLC, through

1

counsel Karen Brody, Esq., was also filed resolving GMAC's interest in defendant 57 Lake Ridge Circle, #1844, Keystone, Colorado.

3. This date, a Motion for Final Order of Forfeiture was filed with respect to all of the defendant property, subject to the above-referenced Settlement Agreements.

4. No claims remain in this case.

5. Accordingly, the parties respectfully request that this Court vacate the status conference currently scheduled in this case for Thursday, June 14, 2012, at 9:30am.

DATED this 12th day of June, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 12th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following participants:

William Lewis Taylor, Esq.
wltaylorpc@gmail.com
*Attorney for Claimant Daniel Dinner*

Mitchell Baker, Esq.
mitchbaker@estreet.com
*Attorney for Claimant Ginger Dinner*

Karen Brody, Esq.
kbrody@lfslaw.com
*Attorney for GMAC Mortgage, LLC*

                                              s/ *Raisa Vilensky*
                                              FSA Data Analyst
                                              Office of the U.S. Attorney