IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE, #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

 Defendants,

GINGER DINNER, and
DANIEL DINNER,

 Claimants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2012**.

 The United States of America's Unopposed Motion to Vacate June 14, 2012 Status Conference [filed June 12, 2012; docket #60] is **granted**. The Status Conference currently scheduled in this case for June 14, 2012, is hereby **vacated**.