**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## FINAL ORDER OF FORFEITURE

---

This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 59). The Court having reviewed said Motion, FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

THAT the United States and claimant Daniel Dinner, through counsel William L. Taylor, Esq., claimant Ginger Dinner, through counsel Mitchell Baker, Esq., and claimant GMAC Mortgage, LLC ("GMAC"), through counsel Karen Brody, Esq., have reached Settlement Agreements in this case as to their interest in the Defendant

Property, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT upon agreement of the parties, the United States shall forfeit the following defendant property pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law and the terms of the parties' Settlement Agreements:

a. 57 Lake Ridge Circle, #1844, Keystone, Colorado;

b. $251,805.00 in United States Currency;

c. $450,060.00 in United States Currency;

d. $450,000.00 in United States Currency; and

e. $50,000.00 in United States Currency;

THAT upon entry of the Final Order of Forfeiture herein, the United States shall promptly record a Release of Lis Pendens for defendant 1401 East Virginia Avenue in the property records of Denver County, Colorado, and that the United States shall have no further interest in defendant 1401 East Virginia Avenue as it relates to the civil forfeiture action herein;

THAT upon entry of the Final Order of Forfeiture herein, the United States shall market and sell defendant 57 Lake Ridge Circle, #1844, Keystone, Colorado, and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses related to seizure, maintenance, custody, and disposal, it will satisfy the lien of claimant GMAC Mortgage, LLC;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C).

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the following defendant property shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C):

    a.    57 Lake Ridge Circle, #1844, Keystone, Colorado;

    b.    $251,805.00 in United States Currency;

    c.    $450,060.00 in United States Currency;

    d.    $450,000.00 in United States Currency; and

    e.    $50,000.00 in United States Currency;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

THAT defendant 1401 East Virginia Avenue is hereby dismissed, and the United States shall promptly record a Release of Lis Pendens in the property records of Denver County, Colorado;

THAT the Clerk of Court is directed to enter Judgment of the forfeited property pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of the defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this   14th   day of June, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge