IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Final Order of Forfeiture enteresd by the Honorable Judge Christine M. Arguello, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title to the following defendant property is hereby entered in favor of the United States:

        a)    57 Lake Ridge Circle, #1844, Keystone, Colorado;

        b)    $251,805.00 in United States Currency;

        c)    $450,060.00 in United States Currency;

        d)    $450,000.00 in United States Currency; and

        e)    $50,000.00 in United States Currency.

2. It is further ordered that 1401 East Virginia Ave. is hereby dismissed and the United States shall promptly record a Notice of Release of Lis Pendens in the property records of Denver County regarding the property.

3. Regarding the property listed in paragraph 1., the United States may dispose of the above-described forfeited property in accordance with law.

Dated this ____22nd____ day of _____June_____, 2012.

FOR THE COURT:

GREGORY C. LANGHAM
Clerk of the United States District Court

By: _s/ Edward P. Butler___
     Edward P. Butler, Deputy Clerk