INDEX AS: Dinner, Daniel and Matarazzo, Ginger, Grantors, and United States of America, Grantee

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01232-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1401 EAST VIRGINIA AVENUE, DENVER, COLORADO,
57 LAKE RIDGE CIRCLE #1844, KEYSTONE, COLORADO,
$251,805.00 IN UNITED STATES CURRENCY,
$450,060.00 IN UNITED STATES CURRENCY,
$450,000.00 IN UNITED STATES CURRENCY,
$50,000.00 IN UNITED STATES CURRENCY,
ONE SILVER BAR AND 13 MISCELLANEOUS COINS,
$68,690.00 IN UNITED STATES CURRENCY,
$8,372.00 IN UNITED STATES CURRENCY,

       Defendants.

## RELEASE OF LIS PENDENS

<u>NAME OF PURPORTED RECORD TITLE OWNERS</u>: Daniel Dinner and Ginger Matarazzo

PLEASE TAKE NOTICE that the United States of America is hereby releasing its Lis Pendens recorded on May 10, 2011 at Reception Number 2011051415 of the records of the Clerk and Recorder of Denver County, State of Colorado to the below-described real property:

**1401 East Virginia Avenue, Denver, Colorado**, which is more fully described as:

PLOT D BEING W 38 ½ FT OF E 300.00 FT OF S 100 FEET OF B10 LAKEVIEW, COUNTY OF DENVER, STATE OF COLORADO.

DATED this 25th day of June, 2012.

                                                Respectfully submitted,

                                                JOHN F. WALSH
                                                United States Attorney

By:  s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*